UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | : | |
| v. | : | |
| | : | Criminal No. 09-601 (JLL) |
| | : | |
| JUAN CARLOS DONE | : | <u>COMPLEX CASE ORDER</u> |

This matter having been opened to the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendant Juan Carlos Done (Craig O'Connor, Esq., appearing) and good cause having been shown, the Court makes the following findings:

1. This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161; and

2. The ends of justice served by a continuance of the trial date in this matter until February 8, 2010 outweigh the interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 27th day of August, 2009,

ORDERED that:

the trial date in this matter is continued until February 8, 2010, and that the period of time from August 27, 2009 through February 8, 2010 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§

3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

    ORDERED that:

    1.  Discovery will be provided pursuant to Rule 16 of the Federal Rules of Criminal Procedure on or before September 30, 2009.

    2. Defendants shall file pretrial motions on or before December 18, 2009;

    3.  The Government shall respond to such motions on or before January 7, 2010;

    4.  The return date for pretrial motions shall be January 27, 2010; and

    5.  Trial shall commence on February 8, 2010 at 10:00 a.m.

                                    HON. JOSE L. LINARES
                                    United States District Judge