UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 09-601 (JLL) |
| JUAN CARLOS DONE | : | <u>CONTINUANCE ORDER</u> |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendant JUAN CARLOS DONE (Craig O'Connor, Esq., appearing) and good cause having been shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

(2) The defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 18th day of December, 2009,

ORDERED that:

the trial date in this matter is continued until May 10, 2010, and that the period of time from February 8, 2010 (the original trial date from the Complex Case Order entered previously) through May 10, 2010 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

ORDERED that:

   1. Defendants shall file pretrial motions on or before **March 2, 2010**;

   2. The Government shall respond to such motions on or before **March 24, 2010**;

   3. The return date for pretrial motions shall be **April 13, 2010**; and

   4. Trial shall commence on **May 10, 2010** at 10:00 a.m.

_____
HON. JOSE L. LINARES
United States District Judge

2