UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | : | |
| v. | : | |
| | : | Criminal No. 09-601 (JLL) |
| | : | |
| JUAN CARLOS DONE | : | <u>ORDER</u> |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing) and defendant Juan Carlos Done (Craig O'Connor, Esq., appearing) and a hearing having been held on July 28, 2010,

IT IS, therefore, on this 29th day of July, 2010,

ORDERED that:

1) Craig O'Connor, Esq. is hereby relieved immediately as counsel for the defendant; and

IT IS FURTHER ORDERED that:

2) No later than 30 days from the date of the hearing held on July 28, 2010, the defendant shall retain a counsel of his choice to represent him in this matter; and

IT IS FURTHER ORDERED that:

3) The new attorney for the defendant shall notify the court immediately of his or her retention on this matter; and

IT IS FURTHER ORDERED that:

4) Mr. O'Connor shall, within two weeks of the new attorney notifying the court of his or her retention, transfer

the entire copy of his file in this matter to that new attorney; and

        IT IS FURTHER ORDERED that:

        5) The court will have a status conference with all parties in this matter on 9/10/10 @ 11:30 AM to discuss further scheduling of the trial.

                                        HON. JOSE L. LINARES  
                                        United States District Judge