NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No.: 09-601 (JLL) |
| Plaintiff, | **ORDER** |
| v. | |
| JUAN CARLOS DONE, | |
| Defendant. | |

On September 13, 2010, this Court appointed Bruce S. Rosen as attorney to Defendant Juan Carlos Done. (CM/ECF No. 51). On November 22, 2010, this Court received a letter directly from Defendant Done, not from Mr. Rosen, requesting that this Court grant "defendant's motion to dismiss the complaint and indictment in the above listed matter." (CM/ECF No. 53). As Defendant is represented by counsel, this Court will not accept Defendant's application.

**IT IS** on this 29 day of November, 2010

**ORDERED** that Defendant's request to dismiss the complaint and indictment is **DENIED**; and it is further

**ORDERED** that Defendant shall exclusively communicate with this Court through his attorney for as long as he is represented by counsel.

**SO ORDERED.**

_____
JOSE L. LINARES
U.S. DISTRICT JUDGE