UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 2:09-CR-601 JII |
| | HON. Jose L. Linares<br>U.S. D.J. |
| v. | |
| JUAN CARLOS DONE | CONSENT ORDER FOR CELL<br>TOWER INFORMATION |

**THIS MATTER**, having come before the Court upon application under Title 18, United States Code, Sections 2703(d) by Paul J. Fishman, United States Attorney for the District of New Jersey (by Robert Frazer, Assistant United States Attorney), with the consent of Defendant Juan Carlos Done (Bruce S. Rosen, Esq., appearing), seeking an Order authorizing production of historical cell site location data, and parties being in agreement that there are reasonable and articulable grounds to believe that the records sought are relevant and material to the within criminal investigation and necessary to the disclosure of potentially relevant evidence, and for good cause shown;

IT IS ON THIS 6th DAY OF December 2010:

**ORDERED** that Sprint Nextel Communications hereby provide to the U.S. Attorney, for use by the defendant, within 30 days:

1. All available information concerning the nearest cell site location accessed at the time of an incoming call from phone number (973)583-8822 to (973)280-2476 on April 17, 2009 at approximately 2:03 p.m.

-1-

2. A map and/or list of all Cellular towers/sites locations accessed by phone number (973)280-2476 on April 17, 2009 (all day) and on May 7, 2009 between the hours of 12:00 p.m. and 3:00 p.m, and, it is further

**ORDERED** that all responsive materials produced pursuant to this Order shall be provided to the U.S. Attorney, which shall forthwith provide same to counsel for the defendant.

**SO ORDERED**

_____
HON. JOSE L. LINARES U.S.D.J.

Consent as to the above:

For Defendant Juan Carlos Done

By: _____
Bruce S. Rosen, Esq

For the United States
U.S. Attorney Paul J. Fishman

By: _____
Robert Frazer, AUSA

Dated: 12/3/10