# MARC
### ATTORNEYS AT LAW
### A PROFESSIONAL CORPORATION

MCCUSKER · ANSELMI
ROSEN · CARVELLI

210 Park Avenue, Suite 301, PO Box 240
Florham Park, New Jersey 07932
Tel: 973.635.6300 · Fax: 973.635.6363
www.marc-law.com

BRUCE S. ROSEN
*Director*
Direct: 973.457.0123
Fax: 973.457.0276
brosen@marc-law.com

May 9, 2011

**VIA ELECTRONIC FILING**

Honorable Jose L. Linares, U.S.D.J.
United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg. & US Courthouse
50 Walnut Street
Newark, NJ 07102

    Re: **Juan Carlos Done**
       **Criminal No. 09-601 (JLL)**

Dear Judge Linares:

   I am the CJA list counsel for Juan Carlos Done. The Government has graciously agreed to a short extension of the deadline for filing Mr. Done's remaining motions from today until Wednesday, May 11, 2011. We would request the Court permit this short extension.

                Respectfully submitted,

                Bruce S. Rosen

BSR:ckc
cc: Robert Frazer, A.U.S.A (via ECF)
  Randall Cook, A.U.S.A. (via ECF)
  Roy Greenman, Esq. (via ECF)

**SO ORDERED:** _/s/ Jose L. Linares_
**DATED:** _5-10-11_